UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZUFFA LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:25-cv-01236-JAD-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Initiating Documents, which consists of a civil cover sheet and a list of defendants. ECF No. 1-1. Plaintiff did not file a Complaint in any form, nor did he pay the $405 filing fee or submit an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action in federal court. Further, to commence this action Plaintiff must file a Complaint on the Court's form or must include in an alternative form substantially all the information called for by the Court's form. Local Rule LSR 2-1.

　　　　Accordingly, IT IS HEREBY ORDERED that no later than **August 11, 2025** Plaintiff **must** either pay the $405 filing fee or file a complete Application to proceed *in forma pauperis* together with a Complaint on the Court's approved forms.

　　　　IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the Application to Proceed *in forma pauperis* for a non-prisoner together with the form Complaint and instructions for completing both.

　　　　IT IS FURTHER ORDERED that failure to comply with this Order will result in a recommendation to dismiss this matter in its entirety without prejudice.

　　　　Dated this 10th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE