UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZUFFA LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-01236-JAD-EJY<br><br>**REPORT AND RECOMMENDATION** |

This action commenced on July 8, 2025 when Plaintiff, proceeding *pro se*, submitted an initiating document. ECF No. 1-1. Plaintiff did not file a Complaint or an Application to Proceed *in forma pauperis* ("IFP"). *Id.* Plaintiff also did not pay the filing fee necessary to commence a civil action. The Court issued an Order on July 10, 2025 giving Plaintiff through and including August 11, 2025 to file a Complaint on the Court's form together with the filing fee or a complete IFP application by a non prisoner. ECF No. 3. The Court explained that failure to comply with the Order would result in a recommendation to dismiss this action without prejudice. *Id.*

As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has he otherwise communicated with the Court.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

Dated this 19th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　 ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file

1 | objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also
2 | held that (1) failure to file objections within the specified time and (2) failure to properly address
3 | and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
4 | factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
5 | 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).