UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>　　　Plaintiff<br><br>　　v.<br><br>ZUFFA LLC, et al.,<br><br>　　　Defendants | Case No. 2:25-cv-01236-JAD-EJY<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>ECF No. 4 |

On 8/19/25, the magistrate judge entered this report and recommendation [4]:

    This action commenced on July 8, 2025 when Plaintiff, proceeding *pro se*, submitted an initiating document. ECF No. 1-1. Plaintiff did not file a Complaint or an Application to Proceed *in forma pauperis* ("IFP"). *Id.* Plaintiff also did not pay the filing fee necessary to commence a civil action. The Court issued an Order on July 10, 2025 giving Plaintiff through and including August 11, 2025 to file a Complaint on the Court's form together with the filing fee or a complete IFP application by a non prisoner. ECF No. 3. The Court explained that failure to comply with the Order would result in a recommendation to dismiss this action without prejudice. *Id.*

    As of the date of this Recommendation, Plaintiff has not complied with the Court's Order; nor has he otherwise communicated with the Court.

    Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order.

    Dated this 19th day of August, 2025.

                                            ELAYNA J. YOUCHAH
                                            UNITED STATES MAGISTRATE JUDGE

**<u>ORDER</u>**

    The deadline for any party to object to this recommendation was 9/2/2025, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *United States v.*

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No.  4] is ADOPTED** in its entirety, and **THIS CASE IS DISMISSED** for the reasons stated in the report and recommendation.  The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 5, 2025