**Judgments, Minute Orders/Orders & Writs**

2:25-cv-01236-JAD-EJY Johnson v. Zuffa LLC et al

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2025 at 11:25 AM PDT and filed on 8/19/2025
**Case Name:**        Johnson v. Zuffa LLC et al
**Case Number:**      2:25-cv-01236-JAD-EJY
**Filer:**
**Document Number:** 4

**Docket Text:**
**REPORT AND RECOMMENDATION.**

**IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's Order. Objections to R&R due by 9/2/2025.**

**Signed by Magistrate Judge Elayna J. Youchah on 8/19/2025. (Copies have been distributed pursuant to the NEF - MAM)**


**2:25-cv-01236-JAD-EJY Notice has been electronically mailed to:**

**2:25-cv-01236-JAD-EJY Notice has been delivered by other means to:**

Robert W. Johnson
65 Sidney St.
Buffalo, NY 14211

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=8/20/2025] [FileNumber=12040849-
0] [9913fc2d0bac425bfec43ce1a0903fbb8f81ab07b957395815ad6f8297d0ff3d80
68aead6d3dcae72609e68c5a6b58c7684dc16bccb88e46c8326689c8e944fb]]



CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

XRAYED US MARSHALS SERVICE

FILED _____ RECEIVED _____
ENTERED _____ SERVED ON _____
          COUNSEL/PARTIES OF RECORD

SEP 05 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

US POSTAGE
FIRST-CLASS MAIL
$000.74
08/20/2025 ZIP 89101
043M31229339

NIXIE    146    SC 1    2269/02/25

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 89101706934    *6679-05901-20-41